United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-1758

Anthony M. Giaimo; Laura Giaimo,     *

    *

       Appellants,     *

    * Appeal from the United States

     v.     * District Court for the

    * Eastern District of Missouri.

United States Government; Stanley     *

Matulewic,     *        [UNPUBLISHED]

    *

       Appellees.     *

_____

Submitted: January 7, 1998
Filed: February 23, 1998

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Anthony and Laura Giaimo, husband and wife, appeal from the District Court's[1] adverse grant of summary judgment in their action to set aside the sale of their properties and to quiet title in their names. After the government seized and sold the Giaimos' properties to satisfy their outstanding federal income tax liability, the Giaimos brought this action, arguing they received deficient notice of the seizure and sale. This

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

court reviews the District Court's grant of summary judgment <u>de novo</u>, <u>see</u> <u>Thomas v. Gunter</u>, 103 F.3d 700, 702 (8th Cir. 1997) (standard of review). After conducting such <u>de novo</u> review of the record, and after carefully reviewing the parties' briefs and considering the Giaimos' arguments, we agree with the District Court that, in the circumstances, the Giaimos received sufficient notice of the seizure and sale of their properties. We believe, as did the District Court, that the Giaimos should not be rewarded for their hostile and obstructive conduct. We therefore affirm the District Court's judgment. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.